UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL RABENHORST, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | No: 21 CV 3620 |
| ) | |
| vs. ) | **Jury Demand** |
| ) | |
| ALEJANDRO N. MAYORKAS, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| **Defendant.** ) | |

**COMPLAINT**
**AS AND FOR A FIRST CAUSE OF ACTION**
**(AGE DISCRIMINATION IN VIOLATION TO THE ADEA)**

NOW COMES the Plaintiff, **KARL RABENHORST** ("Plaintiff" or "RABENHOST"), by and through his attorney, MICHAEL T. SMITH & ASSOCIATES, and in complaining of **ALEJANDRO N. MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY** ("Defendant" or "DOHS"), and states as follows:

**JURISDICTION AND VENUE**

1. RABENHORST brings this action for benefits under the Age Discrimination in Employment Act of 1967 (hereinafter sometimes referred to as the ADEA), 29 U.S.C. § 621-634, under the specific provisions of the Age Discrimination in Employment Act, ("ACT") viz. 29 U.S.C. § 626(c).

2. Jurisdiction of this action is conferred upon the Court by Section 7(b) of the Age Discrimination in Employment Act, 29 U.S.C. § 626 (b) and Venue 28 U.S.C. § 1331.

3. The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

## PARTIES

4. RABENHORST is an employee of Defendant, DOHS.

5. At all times relevant, DOHS, has been and is a Federal Agency of the Government and ALEJANDRO N. MAYORKAS, is the Secretary of the DOHS.

6. DOHS is an employer within the meaning of the ACT and has been at all times material to the allegations herein.

## STATEMENT OF FACTS

7. RABENHORST is over 40 years of age and falls within the group protected by the ADEA.

8. In June of 2018, the DOHS willfully discriminated against RABENHORST and subjected his to a hostile environment because of his age by treating him differently than younger employees under 40, by among other things:

   1. On June 25, 2018, management issued Complainant an unsigned Notice of Proposed 14-day Suspension, which referenced Complainant's previous EEO complaint; and

      a. Management did not respond to his formal responses provided on June 30, 2018, and July 9, 2018, regarding the proposed suspension.

      b. Management failed to attend his July 9, 2018, meeting regarding the disciplinary proposal.

   2. On August 7, 2018, management cancelled Complainant's participation in the LaSalle County Station Radiological Emergency Preparedness (REP) exercise.

   3. On August 20, 2018 management informed Complainant that he would no longer evaluate the Fermi II Nuclear Power Plan REP Exercise and ignored Complainant's request for a meeting.

    4. From on or about November 5, 2014, and ongoing, management conspired to defraud the U.S. Nuclear Regulatory Commission.

    5. On October 1, 2018, management issued Complainant a decision to suspend him without pay for 13 days.

9. DOHS is an employer within the meaning of the ADEA.

10. As a result of Defendant's actions, the Plaintiff has been deprived of his prestigious position and employment benefits.

11. In addition, RABENHORST seeks to have the court protect him from DOHS' wrongful conduct and clear his personnel records.

12. The DOHS' conduct was at all times willful and wanton entitling the Plaintiff to liquidated damages.

## PROCEDURAL FACTS

13. RABENHORST filed a discrimination charge against DOHS with the Equal Employment Opportunity Compliance (EEO). That charge was timely filed, under the ACT.

14. On April 21, 2021, RABENHORST was sent a notice from the EEO of his right to bring this action (see Exhibit "A"), and RABENHORST timely filed this action.

## AS AND FOR A SECOND CAUSE OF ACTION
(**TITLE VII SEX DISCRIMINATION-DISPARATE TREATMENT**)

15. RABENHORST repeats and realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

16. This is an action under Title VII of the Civil Rights Act of 1964 and as amended by inter alia, the Civil Rights Act of 1991, 42 U.S.C. 2000(e) *et seq*., for the Defendant

3

having subjected RABENHORST to sex discrimination by failure to treat him the same as female employees despite RABENHORST's complaints about same.

17. Jurisdiction of this court is provided by 28 U.S.C. 1331 and 1343.

18. Beginning on June 15, 2018, DOHS, wrongfully and knowingly treated RABENHORST differently than female employees, whose performance was the same as or, less than that of RABENHORST to wit:

- A. On June 25, 2018, management issued Complainant an unsigned Notice of Proposed 14-day Suspension, which referenced Complainant's previous EEO complaint; and
    - a. Management did not respond to his formal responses provided on June 30, 2018, and July 9, 2018, regarding the proposed suspension.
    - b. Management failed to attend his July 9, 2018 meeting regarding the disciplinary proposal.
- B. On August 7, 2018, management cancelled Complainant's participation in the LaSalle County Station Radiological Emergency Preparedness (REP) exercise.
- C. On August 20, 2018 management informed Complainant that he would no Longer evaluate the Fermi II Nuclear Power Plan REP Exercise and ignored Complainant's request for a meeting.
- D. From on or about November 5, 2014, and ongoing, management conspired to defraud the U.S. Nuclear Regulatory Commission.
- E. On October 1, 2018, management issued Complainant a decision to suspend him without pay for 13 days.

19. DOHS intentionally subjected RABENHORST to unequal and discriminatory treatment by discriminating in terms and conditions of employment and suspending RABENHORST based on his sex.

20. By engaging in discriminatory conduct, DOHS discriminated against RABENHORST in violation of 42 U.S.C. 2000(e) as amended.

21. The discriminatory action of DOHS as set forth above has caused RABENHORST to suffer a loss of prestige and benefits, and as proximate result of DOHS's unlawful and intentional discriminatory actions against RABENHORST, as alleged above, RABENHORST has been harmed in that RABENHORST suffered in his position.

22. As a further proximate result of DOHS's unlawful and intentional discriminatory actions against RABENHORST, as alleged above, RABENHORST has been harmed in that RABENHORST has suffered emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress.

23. All the above in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-3 *et seq*; as amended by inter alia the Civil Rights Act of 1991. As a result of such discrimination and consequent harm, RABENHORST has suffered such damages in an amount according to proof.

24. Further, said action on the part of the DOHS was done with malice and reckless disregard for RABENHORST's protected rights.

### AS AND FOR A THIRD COUNT OF ACTION
### (TITLE VII-REPRISAL)

25. RABENHORST realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

### STATEMENT OF FACTS

26. DOHS has intentionally retaliated against RABENHORST, based upon filing a prior complaint with the EEO, committed by employees of DOHS , wherein, Defendant's agents then created a retaliatory work environment.

27. By reason of the retaliation of DOHS, RABENHORST has suffered great pain, humiliation and mental anguish, all to his damage.

28. Further, said action on the part of the DOHS was done with malice and reckless disregard for RABENHORST's protected rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, RABENHORST prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Injunctive relief;

2. Damages, including loss of any pay and benefits;

3. Statutory liquidated damages due to the defendant's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

KARLRABENHORST

By: Michael T. Smith
Michael T. Smith
Trial Attorney

Michael T. Smith #6180407 IL
Attorney for Plaintiff
10 N. Martingdale Road, Suite 400
Schaumburg, IL  60173
 (847) 466-1099