# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Karl Rabenhorst,

Plaintiff,

v.

Alejandro N. Mayorkas, Secretary,
U.S. Department of Homeland Security,

Defendant.

Case No. 21-cv-03620

Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Alejandro N. Mayorkas, Secretary, U.S. Department of Homeland Security,
and against plaintiff Karl Rabenhorst. Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 1/22/2024

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk